**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| SMS VanKirk, L.L.C., | ) | |
| Plaintiff, | ) | No. CV-06-3013-PHX-PGR |
| vs. | ) | |
| | ) | <u>ORDER</u> |
| John Craig VanKirk, et ux., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation to Vacate Oral Argument set for Monday, June 11, 2007 at 2:00 P.M., filed June 1, 2007, wherein the parties state that they want to vacate the hearing on the defendants' pending motion to dismiss (doc. #2) until such time as they decide to re-schedule the hearing because they have been engaged in settlement discussions and because defendant John Craig VanKirk died on May 28, 2007.   While the Court will vacate the hearing, the Court is not willing to let the motion to dismiss simply stay dormant unless and until the parties decide otherwise and will thus deem the motion to dismiss to be withdrawn without prejudice to being reinstated upon motion of a party or by the Court *sua sponte*.

- 1 -

1  The parties are advised that the Court construes their stipulation as a
2  suggestion upon the record of the death of Mr. VanKirk for purposes of
3  Fed.R.Civ.P. 25(a). Therefore,

4  IT IS ORDERED that the parties' Stipulation to Vacate Oral Argument set
5  for Monday, June 11, 2007 at 2:00 P.M. (doc. #11) is accepted and that the
6  hearing on the defendants' Motion to Dismiss for Lack of Personal and In Rem
7  Jurisdiction/Motion to Dismiss for Improper Venue (doc. #2) set for June 11, 2007
8  is vacated.

9  IT IS FURTHER ORDERED that the defendants' Motion to Dismiss for
10 Lack of Personal and In Rem Jurisdiction/Motion to Dismiss for Improper Venue
11 (doc. #2) is deemed withdrawn without prejudice.

12 IT IS FURTHER ORDERED that the parties shall file a joint report setting
13 forth the status of this action no later than **August 6, 2007.**

14 DATED this 4th day of June, 2007.

Paul G. Rosenblatt
United States District Judge